JAMES V. FALVEY, Respondent, *v.* SAMUEL WOOLNER, Appellant.

*Falvey* v. *Woolner*, 110 App. Div. 892, affirmed.
(Argued December 13, 1906; decided January 8, 1907.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

January 16, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for breach of contract.

*Charles F. Brown, Levy Mayer, Allan McCulloh* and *Alfred S. Austrian* for appellant.

*Henry L. Scheuerman* and *Charles L. Craig* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.